IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

UNITED STATES OF AMERICA        *       2007 NOV -9  A 9:57

v.                              *CASE NO. 2:07cr00201-WKW-TFM-1

WILLIE L. JACKSON               *

### NOTICE OF WAIVER OF DETENTION HEARING

Comes now Susan G. James, attorney for Willie L. Jackson and gives notice that the Waiver of Detention Hearing is attached.

Respectfully submitted this 9th day of November 2007.

_____
Susan G. James (ASB7956J64S)
Attorney for Willie L. Jackson

Address of Counsel:
Law Offices of
Susan G. James & Associates
600 S. McDonough St.
Montgomery, AL 36104
(334) 269-3330

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served upon Susan Redmond, Assistant United States Attorney, P.O. Box 197, Montgomery, Alabama, 36101 this 9th day of November 2007.

The above instrument was served via:

( ) personal service
(X) first class mail
( ) certified mail, return receipt requested
( ) facsimile
( ) overnight courier

_____
Of Counsel

RECEIVED

2007 NOV -8 P 2: 46

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA         *

v.                               *CASE NO.  2:07cr00201-WKW-TFM-1

WILLIE L. JACKSON                *

### WAIVER OF DETENTION HEARING

I, Willie L. Jackson, defendant in the above styled case, do hereby waive my rights to a detention hearing.

11-8-07
Date

Willie Jackson
Defendant