IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA


**UNITED STATES OF AMERICA**          \*

v.                                    \*CASE NO.  2:07cr00201-WKW-TFM-1

**WILLIE L. JACKSON**                 \*

## MOTION TO EXEND TIME

 Comes now Willie L. Jackson, by and through undersigned counsel, and files this motion to extend time for the filing of a notice of intent to change plea due January 23, 2008 and in support thereof states the following:

 1. The last day for filing a notice of intent to change plea is today.

 2. The undersigned has been in lengthy negotiations with AUSA Susan Redmond regarding a plea agreement in this case.

 3. The parties are close to resolution of this case by way of plea. However, there are a few minor details that need to be resolved.

 4. AUSA Redmond is presently out of town and will not return to her office until Monday, January 28, 2008. The final details will not be resolved until her return.

 5. Wherefore the undersigned is respectfully requesting that the Court extend the deadline for the filing of the notice of intent to change plea until close of business on Monday, January 28, 2008.

 6. AUSA Susan Redmond has no objection to this request.

Respectfully submitted,

> s/Susan G. James
> SUSAN G. JAMES
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: sgjamesandassoc@aol.com
> Bar No: JAM012

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

> s/Susan G. James
> SUSAN G. JAMES
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: sgjamesandassoc@aol.com
> Bar No: JAM012