IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR201-WKW |
| WILLIE L. JACKSON | ) | |

ORDER

After careful consideration of the Motion for Extension of Time to File Notice of Intent To Change Plea Hearing (Doc. 16, filed 1/23/2008), the motion is GRANTED and the Notice of Intent to Change Plea deadline in this matter is continued through close of business on January 28, 2008.

It is FURTHER ORDERED that the case remain set upon the February 4, 2008, Montgomery Criminal Term. The parties are reminded that failed negotiations are not grounds to further continue the case.

DONE this 25th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
U. S. MAGISTRATE JUDGE