IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )                              | |
| vs.                          ) | CR NO. __2:07CR201-WKW__ |
| )                              | |
| WILLIE L. JACKSON            ) | |
| )                              | |

CONSENT

I, _____Willie L. Jackson_____, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my attorney, hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DONE, this the __29th__ Day of _____January_____, 2008.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT