IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CR-201-WKW |
| | ) | |
| WILLIE L. JACKSON | ) | |

## **ORDER**

This case is before the court on the government's Motion to Substitute Counsel (Doc. # 24.)  It is ORDERED that the motion is GRANTED, and Assistant United States Attorney Tommie Brown Hardwick is substituted as counsel in place of former Assistant United States Attorney John T. Harmon.

DONE this 18th day of March, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE