IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:07-CR-201-WKW |
| ) | |
| WILLIE L. JACKSON ) | |

## **ORDER**

This case is before the court on the government's Motion to Strike Forfeiture Allegation (Doc. # 27.) It is ORDERED for good cause shown that the motion is GRANTED. It is therefore ORDERED that the forfeiture allegation is hereby stricken from the indictment.

DONE this 14th day of April, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE